IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Edward Angelo Bonaldi, | C.A. #2:15-0344-PMD-MGB |
| Plaintiff, | |
| vs. | **ORDER** |
| Allison-Smith Company LLC and International Brotherhood of Electrical Workers Local 776, | |
| Defendants. | |

This matter is before the court upon the magistrate judge's recommendation that defendant Allison-Smith Company LLC's motion for judgment on the pleadings be denied, and motion to exclude the affidavit of Edward Bonaldi be granted. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Rule 73.02(B)(2)(e), D.S.C., and 28 U.S.C. § 636(b).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ordered** that defendant Allison-Smith Company LLC's motion for judgment on the pleadings be **DENIED**, and the motion to exclude the affidavit of Edward Bonaldi be **GRANTED**.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court, and the case is referred back to Magistrate Judge Mary Gordon Baker for further handling.

**AND IT IS SO ORDERED.**

PATRICK MICHAEL DUFFY
United States District Judge

February 22, 2016
Charleston, South Carolina